# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES, ) | |
| ) | |
| Plaintiff, ) | Case No. 11-CR-641-1 |
| ) | |
| v. ) | Judge Sharon Johnson Coleman |
| ) | |
| ANGEL HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Defendant Angel Hernandez moves to modify his term of imprisonment pursuant to 18 U.S.C. § 3582(c). Hernandez contends that Amendment 782 to the United States Sentencing Guidelines Manual—which retroactively reduced the base offense levels applicable to narcotic offenses—requires a reduction in his sentence.

In 2012, Hernandez pled guilty to possession of 1 kilogram or more of heroin in violation of 21 U.S.C. 841(a)(10), an offense with a statutory mandatory minimum of 120 months imprisonment. At sentencing, this Court calculated Hernandez's guideline range to be 87 months to 108 months imprisonment, and accordingly sentenced Hernandez to the mandatory minimum of 120 months.

Because Hernandez's sentence was based on the statutory mandatory minimum and not on Hernandez's lesser guidelines range, this Court cannot reduce his sentence under § 3582(c)(2). *United States v. Johnson*, 747 F.3d 915, 917 (7th Cir. 2014) ("We cannot reduce a defendant's sentence under § 3582(c)(2) if the original sentence was based on a statutory minimum."); *see also* U.S.S.G. § 1B1.10 cmt. n. 1(A) ("[A] reduction in the defendant's term of imprisonment is not authorized under 18 U.S.C. 3582(c)(2) . . . if . . . an amendment listed in subsection (c) is applicable to the defendant but the amendment does not have the effect of lowering the defendant's applicable

1

guideline range because of the operation of another guideline or statutory provision (e.g., a statutory mandatory minimum term of imprisonment).").

Accordingly, Hernandez's motion is denied.

Date:   October 26, 2015

                                      Entered: /s/ Sharon Johnson Coleman
                                                SHARON JOHNSON COLEMAN
                                                United States District Court Judge